The People of the State of Illinois, defendant in error, v. Mary Collins, plaintiff in error.   Gen. No. 26,712.

Prosecution for larceny from a store.   Defendant convicted.   Error to the Municipal Court of Chicago; the Hon. John K. Prindiville, Judge, presiding.   Heard in the Branch Appellate Court at the March term, 1921.   Affirmed.   Opinion filed March 21, 1922.

Ellis & Westbrooks, George W. Blackwell and Harris B. Gaines, for plaintiff in error; Richard E. Westbrooks, of counsel.   Robert

E. Crowe, for defendant in error; Henry T. Chace, Jr., Edward E. Wilson and Clyde C. Fisher, of counsel.

Mr. Justice Morrill delivered the opinion of the court.